1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

SEP - 8 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

5:25mj-00565

UNITED STATES OF AMERICA,       )
                Plaintiff,       )   ORDER OF DETENTION AFTER
                              )   HEARING ( Fed.R.Crim.P. 32.1(a)(6)
          v.       )   Allegations of Violations of Probation
                              )   Supervised Release)
CHRISTINA Lynn Ulmer )   Conditions of Release)
                              )
                Defendant.       )

        On arrest warrant issued by a United States District Court involving alleged

violations of conditions of probation or Supervised Release,

        The court finds no condition or combination of conditions that will

reasonably assure:

    (A)   ( ✓ )   the appearance of defendant as required; and/or

    (B)   ( ✓ )   the safety of any person or the community.

//
//

The court concludes:

A.   (✓)   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- BACKGROUND UNVERIFIED

(B)   (✓)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- BACKGROUND UNVERIFIED
- NO IDENTIFIED BAIL RESOURCES

IT IS ORDERED that defendant be detained.

DATED:    9/8/25

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE